**Thomas REA, Appellant,**

v.

**WAL–MART STORE 1105, Appellee.**

No. 10–3103.

United States Court of Appeals, Eighth Circuit.

Submitted: March 14, 2011.

Filed: March 29, 2011.

Deere, United States Magistrate Judge for the Eastern District of Arkansas.

Thomas Rea, Jacksonville, AR, pro se.

Elizabeth R. Murray, Harold Wayne Young, Jr., Friday & Eldredge, Little Rock, AR, for Appellee.

Before LOKEN, MURPHY, and COLLOTON, Circuit Judges.

**PER CURIAM.**

Thomas Rea appeals the district court's [1] adverse grant of summary judgment in his disability-discrimination action. After careful de novo review, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir. 2006), we conclude that summary judgment was proper. The undisputed evidence showed neither an adverse employment action, *see Fenney v. Dakota, Minn. & E. R.R. Co.,* 327 F.3d 707, 711–12 (8th Cir.2003) (elements for prima facie case of failure-to-accommodate claim under Amer-

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

icans with Disabilities Act), nor retaliation, *see Littleton v. Pilot Travel Ctrs., LLC,* 568 F.3d 641, 644 (8th Cir.2009).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.